UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BOBBY D. SMITH and TROY SMITH, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No.   05-CV-4106-JPG-CJP |
| ) | |
| DAVID LIVESAY, BART HILEMAN, ) | |
| JOHN GARNER, MICHAEL HUNTER, ) | |
| and JOHN DOE, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

The Court having received a Stipulation For Dismissal signed by all parties indicating that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

Dated:   September 11, 2006

NORBERT JAWORSKI, CLERK

s/Brenda K. Lowe
Deputy Clerk


APPROVED: s/ J. Phil Gilbert
U. S. DISTRICT JUDGE